IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD ALAN BERNHARDT, | § § | |
| *Plaintiff,* | § § § | SA-21-CV-01207-ESC |
| vs. | § § § | |
| KILOLO KIJAKAZI, | § § § | |
| *Defendant.* | § § | |

### **ORDER**

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion for Reversal and Remand [#14]. By his motion, the Commissioner asks the Court to reverse the administrative decision finding Plaintiff not disabled and remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff does not oppose the motion.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion for Reversal and Remand [#14] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner finding Plaintiff not disabled is **REVERSED** and this case is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FINALLY ORDERED** that upon remand, the Social Security Administration's Appeals Council will instruct an Administrative Law Judge to offer Plaintiff the opportunity for a hearing, to take any further action needed to complete the administrative record, and to issue a new decision.

**IT IS SO ORDERED.**

SIGNED this 11th day of July, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE